THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| R. WAYNE KLEIN, as Receiver,<br><br>   Plaintiff,<br><br>v.<br><br>JUSTIN D. HEIDEMAN LLC DBA HEIDEMAN & ASSOCIATES, a Utah limited liability company,<br><br>   Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:19-cv-00854-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on the parties' Stipulated Motion to Dismiss With Prejudice ("Motion"),[1] and good cause appearing therefor,

IT IS THEREFORE ORDERED that the parties' Motion[2] is GRANTED. This action is DISMISSED with prejudice. Each party shall bear its own attorneys' fees, expenses, and costs.

The Clerk is directed to close the case.

Signed this 25th day of May, 2022.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 86, filed May 24, 2022.

[2] *Id*.